IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**IN RE: JAMES WILKERSON, SR.**    CASE NO. 5:12-bk-16860T
CHAPTER 13

**TRUSTEE'S REPORT OF UNCLAIMED FUNDS
PURSUANT TO FRBP 3011**

The undersigned Trustee of the above-styled estate states as follows for his report of unclaimed funds:

1. The following payees are entitled to dividends or other monies which remain unclaimed for at least ninety (90) days. The debtor's voluntary petition was filed on November 27, 2012. The case dismissed prior to confirmation on November 26, 2013. The Trustee had funds on hand at the time the case was dismissed in the sum of $4,972.97. The Trustee has made diligent efforts to refund the funds to the debtor pursuant to 11 U.S.C. §1326(a)(2). The debtor is deceased. The Trustee notified the debtor's daughter and any potential heirs of the funds held by the Trustee; however, the Trustee has not been provided with any information regarding a probate estate or administration for the debtor.

| **Court's Claim No.** | **Payee Name** | **Dividend Amount** |
|---|---|---|
| N/A | James Wilkerson, Sr.
1006 Kingswood
Pine Bluff, AR 71603 | $4,972.97 |

**Trustee's Claim No.**
N/A                **Description of Payment:** Refund to Debtor
**Trustee's Cancelled Check No.:** 372413

2. Payment has been stopped on the above listed check.

3. Pursuant to 11 U.S.C. §347 and Rule 3011 of the Bankruptcy Rules, a check has been issued to "U.S. Bankruptcy Court Clerk" in the amount of $4,972.97. This amount should be deposited in the Federal Reserve for the benefit of the unclaimed

dividend payees.

DATE: 3/2/2016    Respectfully submitted,

<u>/s/Jack W. Gooding</u>

Jack W. Gooding
Standing Chapter 13 Trustee